

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BASELINE ENERGY SERVICES, L.P., | § | No. 08-20-00120-CV |
| Appellant, | § | Appeal from the |
| v. | § | 358th District Court |
| CHARLES CONDIT, | § | of Ector County, Texas[1] |
| Appellee. | § | (TC# D-19-09-1254-CV) |

## MEMORANDUM OPINION

Appellant Baseline Energy Services, L.P., and Appellee Charles Condit have filed a joint motion to dispose of this appeal in accordance with TEX.R.APP.P. 42.1(a)(2) because the parties have settled.

When the parties to an appeal settle their dispute, Rule 42.1(a)(2) allows this Court, upon request of the parties, to "set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement[.]" *See id*. The parties have requested such relief in their joint motion, which is signed by attorneys for both Appellant and Appellee.

The parties' joint motion is granted. We set aside the trial court's judgment without regard

---

[1] We hear this case on transfer from the Eleventh Court of Appeals. *See* TEX.R.APP.P. 41.3.

1

to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement.

JEFF ALLEY, Chief Justice

October 21, 2020

Before Alley, C.J., Rodriguez, and Palafox, JJ.